**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:16-cv-922 (WOB-KLL)**

**JEFFERY WOODS**                                            **PETITIONER**

**VS.**                          **JUDGMENT**

**WARDEN, MARION CORRECTIONAL
INSTITUTION**                                               **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 13), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 15), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 15) to the Report and Recommendation (Doc. 13) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 13) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; and that because this Court lacks jurisdiction in this matter involving a successive habeas petition, within the meaning of 28 U.S.C. § 2244(b), respondent's motion to transfer the petition (Doc. 7) be, and hereby is, **GRANTED** and that the petition(Doc.1) is **TRANSFERRED** pursuant to 28 U.S.C. §1631 to the United States Court of Appeals for the Sixth Circuit for review and determination as to

whether the District Court may consider the successive claims for relief.

This 31st day of August, 2017.



Signed By:
William O. Bertelsman  WOB
United States District Judge